AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-1734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Philadelphia
was received by me on *(date)* 5/8/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Milagros Colon, who is designated by law to accept service of process on behalf of *(name of organization)* City of Philadelphia on *(date)* 5/8/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 5/8/2023

*Server's signature*

Daniel Auerbach
*Printed name and title*

241 S. 6th St. #1702B, Philadelphia, PA 19106
*Server's address*

Additional information regarding attempted service, etc: