# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSS GILSON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | No. 23-1734 |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

AND NOW, this _____ day of _____, 2023 upon consideration of the Motion for Extension of deadline to Answer, Move, or Otherwise Respond, filed on behalf of Defendant City of Philadelphia, and Plaintiffs' response, if any, thereto, and for good cause shown, it is **HEREBY ORDERED** that the Motion is **GRANTED**. Defendant City of Philadelphia shall answer, move, or otherwise respond to Plaintiffs' Complaint on or before June 13, 2023.

BY THE COURT:

_____
**TIMOTHY J. SAVAGE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSS GILSON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | No. 23-1734 |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| **Defendant.** : | |

**CITY OF PHILADELPHIA'S MOTION TO EXTEND THE DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

By their litigation, Plaintiffs Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride, and Salvatore Santucci challenge a City of Philadelphia Ordinance that they contend violates their Second Amendment right to carry knives within the City of Philadelphia. *See generally* Compl. Plaintiffs served their pleading on the City of Philadelphia on May 8, 2023, and the deadline for the City to respond is May 30, 2023. *See* ECF No. 5.

Since the filing of Plaintiffs' Complaint, another litigation has been filed similarly challenging the City's Ordinance regarding the carrying of knives within the City of Philadelphia. That civil action, captioned *Knife Rights, et al., v. City, et al.*, has civil action number 23-cv-1758 and is pending before Judge Gerald A. McHugh. The City's response to the complaint in that matter is due on June 13, 2023.

The City is currently assessing the issued raised by these related suits, and further determining whether seeking Court designation of them as related matters would best serve the interests of efficiency for all involved. In order to permit sufficient time for this referenced review, the City respectfully requests that it be granted a brief extension, to June 13, 2023, to respond to this litigation. This extension would then permit a coordinated response to the

2

pending suits that seek similar relief.  While Plaintiff's counsel opposes this sought extension – counsel's position was sought by the City prior to filing the instant motion – the City respectfully submits that there is good cause to grant this brief extension.  In particular, a coordinated approach to these related cases will conserve both Court and public resources.

Date:  May 30, 2023                                              Respectfully submitted,

                                               /s/ *Anne B. Taylor*
Anne B. Taylor
Chief Deputy City Solicitor
Pa. Attorney ID No. 206057
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5381 (phone)
215-683-5397 (fax)
anne.taylor@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSS GILSON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | No. 23-1734 |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| **Defendant.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below Defendant City of Philadelphia's Motion to Extend the Deadline to Answer, Move, or Otherwise Respond to the Complaint, , proposed form of Order, and this Certificate of Service were filed via the Court's electronic filing system and are available for downloading.

Date:  May 30, 2023

Respectfully submitted,

 /s/ *Anne B. Taylor*
Anne B. Taylor
Chief Deputy City Solicitor
Pa. Attorney ID No. 206057
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5381 (phone)
215-683-5397 (fax)
anne.taylor@phila.gov