## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS GILSON, TERRENCE LEDWELL, VERN LEI, EDWARD MCBRIDE, and SALVATORE SANTUCCI** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **CITY OF PHILADELPHIA** | : | **NO. 23-1734** |

### ORDER

**NOW,** this 8th day of June, 2023, upon consideration of the plaintiffs' Notice of Acceptance of Offer of Judgment (Doc. No. 9), it is **ORDERED** that pursuant to Fed. R. Civ. P. 68 **JUDGMENT** is entered in favor of plaintiffs Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride and Salvatore Santucci and against the defendant City of Philadelphia in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

_____
TIMOTHY J. SAVAGE, J.