UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS GILSON, et al.**         : | | |
|          **Plaintiffs,**            : | | |
| : | Civil Action | |
|         v.                                : | No. 2:23-cv-01734-TJS | |
| : | | |
| **CITY OF PHILADELPHIA,**    : | | |
|          **Defendant.**              : | | |

### [Proposed] ORDER

**NOW**, this ___ day of June, 2023, the Court's Order of June 8, 2023, is vacated. It is further ORDERED that:

1.    JUDGMENT is entered in favor of plaintiffs Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride and Salvatore Santucci and against the defendant City of Philadelphia in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

2.    The ordinance currently codified at § 10-820 of The Philadelphia Code is unenforceable.

3.    Defendant City of Philadelphia is ENJOINED from enforcing the ordinance currently codified at § 10-820 of The Philadelphia Code.

                                                                    _____
                                                                    TIMOTHY J. SAVAGE, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSS GILSON, et al. : | | |
|              Plaintiffs, : | | |
| : | Civil Action | |
| v. : | No. 2:23-cv-01734-TJS | |
| : | | |
| CITY OF PHILADELPHIA, : | | |
|              Defendant. : | | |

**JOINT MOTION TO AMEND JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60**

      The parties jointly ask this Court to modify the June 8, 2023 entry of judgment, ECF No. 10.  In its current form, that Order inadvertently reflects only the monetary relief extended by way of Defendant City of Philadelphia's Rule 68 Offer of Judgment, rather than the complete relief offered by the City and accepted by Plaintiffs. Consequently, the parties jointly move for modification of the Judgment, consistent with the proposed Order submitted herewith.

      Federal Rule of Civil Procedure 60(a) permits this Court to "correct or clerical mistake . . . in a judgment, order, or other part of the record."   Because the City additionally offered, and Plaintiffs accepted, entry of judgment on the injunctive relief sought by Plaintiffs by way of their Complaint, the Parties respectfully request that the Court modify the judgment.

      Accordingly, the parties jointly request this Court enter the attached proposed order.

Respectfully submitted,

| | |
|---|---|
| /s/ *Anne B. Taylor* | /s/ *Daniel J. Auerbach* |
| Anne B. Taylor (Pa. I.D. No. 206057) | Daniel J. Auerbach (PA I.D. No. 316856) |
| City of Philadelphia Law Department | AUERBACH PLLC |
| 1515 Arch Street, 14th Floor | 241 South 6th Street, #1902B |
| Philadelphia, PA  19102 | Philadelphia, PA 19106 |
| (215) 683-5381 | (215) 983-6966 |
| anne.taylor@phila.gov | dan@auerbach.llc |
| *Attorney for the City of Philadelphia* | /s/ *Andrew B. Austin* |
| | Andrew B. Austin (Pa. I.D. No. 323768) |
| | P.O. Box # 54628 |
| | Philadelphia, PA 19148 |
| | (610) 656-1956 |
| | austin@stackhousegroup.com |
| | *Attorneys for Plaintiffs* |

Dated: June 23, 2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS GILSON, et al.** | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action** |
| v. | : | **No. 2:23-cv-01734-TJS** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

I certify that on the date set forth below, I filed a copy of this document via the Court's CM/ECF System, which provide notice to all counsel as Filing Users. This document is available for viewing and downloading from the ECF system.

        /s/ *Anne B. Taylor*
Anne B. Taylor (Pa. I.D. No. 206057)
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
(215) 683-5381
anne.taylor@phila.gov

*Attorney for the City of Philadelphia*

Dated: June 23, 2023

– 1 –