IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSS GILSON, TERRENCE LEDWELL, VERN LEI, EDWARD MCBRIDE, and SALVATORE SANTUCCI | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA | : | NO. 23-1734 |

### ORDER

**NOW,** this 18th day of July, 2023, upon consideration of the Joint Motion to Amend Judgment Pursuant to Federal Rule of Civil Procedure 60 (Doc. No. 11), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHERED ORDERED** that:

1. The Court's June 8, 2023 Order is **VACATED**.

2. **JUDGMENT** is entered in favor of plaintiffs Ross Gilson, Terrence Ledwell, Vern Lei, Edward McBride and Salvatore Santucci and against the defendant City of Philadelphia in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

3. It is declared that the ordinance currently codified at § 10-820 of The Philadelphia Code is unenforceable.

4. Defendant City of Philadelphia is **ENJOINED** from enforcing the ordinance currently codified at § 10-820 of The Philadelphia Code.

_____
TIMOTHY J. SAVAGE, J.